JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIANNA AVETISYAN, etc., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>INDEPENDENT TAXI OWNER'S )<br>ASSOCIATION, et al., )<br>)<br>Defendants. )<br>) | Case No. CV 08-7406 DSF (PLAx)<br><br>ORDER REMANDING ACTION TO<br>SUPERIOR COURT OF CALIFORNIA |

The Court having previously issued an Order to Show Cause re Remand to State Court and Defendants not having shown a basis for subject matter jurisdiction, and an attempt at filing a stipulation for remand having been made,

IT IS ORDERED AND ADJUDGED that this action be remanded to the Superior Court of California, County of Los Angeles.

DATED:   December 30, 2008

_____
DALE S. FISCHER
United States District Judge